IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02444-RPM-MJW

MARIANNE GILSON,

Plaintiff(s),

v.

ALLIED INTERSTATE, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 7) is GRANTED.  The written Protective Order (docket nol 7-2) is APPROVED and made an Order of Court.

Date:  December 9, 2009